# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| CURTIS JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>) <br>)<br>v. )<br>)<br>RALEIGH POLICE DEPARTMENT, OFFICER )<br>HUNTER, and OFFICER CANDELIRIA, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:19-cv-31-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, plaintiff's objections to the M&R [D.E. 6] are OVERRULED, and plaintiff's complaint [D.E. 1-1] is DISMISSED without prejudice.

**This Judgment Filed and Entered on September 25, 2019, and Copies To:**

Curtis Johnson                    (Sent to 1311 Bethel Rd. Raleigh, NC 27610 via US Mail)

DATE:                              PETER A. MOORE, JR., CLERK

September 25, 2019                 (By) /s/ Nicole Sellers
                                   Deputy Clerk